IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 09-cv-02472-MJW-BNB**

RICHARD RAYMER and
DEBORHA RAYMER, a married couple,

Plaintiff(s),

v.

CORPORATE MOVES & INSTALLATIONS, INCORPORATED,
a Colorado corporation, a/k/a Corporate Moves, Inc., and the Jones Group, Inc.,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c) (DN 14), signed on January 19, 2010 by Senior District Judge Richard P. Matsch and was assigned to Magistrate Judge Michael J. Watanabe on January 19, 2010 (DN 15).

    Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Boyd N. Boland is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER ORDERED that the **Order of Reference to Magistrate Judge**, entered by Senior District Judge Richard P. Matsch on October 23, 2009, is **VACATED**.

    IT IS FURTHER ORDERED that a Telephonic Status Conference is set before Magistrate Judge Michael J. Watanabe on April 20, 2010, at 8:30 a.m. and Counsel for the plaintiff shall initiate a conference call to all parties and then contact the court by calling (303) 844-2403 (Mountain Time).

    Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.

    DATED THIS 25th DAY OF JANUARY, 2010.

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge