IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 09-cv-02472-MJW-BNB**

RICHARD RAYMER and
DEBORHA RAYMER, a married couple,

Plaintiff(s),

v.

CORPORATE MOVES & INSTALLATIONS, INCORPORATED,
a Colorado corporation, a/k/a Corporate Moves, Inc., and the Jones Group, Inc.,

Defendant(s).

MINUTE ORDER
(DN 19)

It is hereby ORDERED that the Parties' Stipulated Motion to Dismiss Corporate Moves & Installations, Inc., (Docket Number 19) filed with the Court on February 3, 2010, is GRANTED. All claims are dismissed with prejudice, each side to pay their own costs. The clerk shall close this case.

Date: April 2, 2010