IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 09-cv-02472-MJW-BNB**

RICHARD RAYMER and
DEBORHA RAYMER, a married couple,

Plaintiff(s),

v.

CORPORATE MOVES & INSTALLATIONS, INCORPORATED,
a Colorado corporation, a/k/a Corporate Moves, Inc., and the Jones Group, Inc.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Motion to Withdraw Counsel (docket no. 28) is GRANTED finding good cause shown. Attorney Matthew Ralston is withdrawn as counsel of record for Defendants Corporate Moves, Inc. and The Jones Group, Inc. The Clerk of Court shall remove Mr. Ralston's name from the CM/ECF electronic notification list. Attorney John Bennett Viverito will continue to represent these Defendants.

Date: April 30, 2010