IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02472-MJW-BNB

**RICHARD RAYMER and
DEBORAH RAYMER**

       Plaintiffs,

v.

**CORPORATE MOVES, INC. and
THE JONES GROUP, INC.**

       Defendants.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**
( Docket No. 32 )

---

The Stipulation for Dismissal with Prejudice by the parties, having come before the Court and appearing well-founded;

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice as to Defendants, Corporate Moves, Inc. and The Jones Group, Inc., and all parties shall bear their own costs and attorneys' fees incurred herein.

**SO ORDERED** this 16Th day of November, 2010.

BY THE COURT:

_/s/ Michael J. Watanabe_
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO